**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 15-cv-00052-RM-KLM

KIMBERLY BREAUX,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

THIS MATTER, coming before the Court upon the Stipulation for Dismissal with Prejudice (ECF No. 16) executed by Plaintiff, Kimberley Breaux, and by Defendant, American Family Mutual Insurance Company, and the Court having reviewed the Stipulation and being fully advised;

IT IS HEREBY ORDERED that all claims which were brought and all claims arising out of the captioned matter which could have been brought by Plaintiff, Kimberley Breaux against Defendant, American Family Mutual Insurance Company, are hereby dismissed WITH PREJUDICE, each party to pay their own costs and fees.

DATED this 11th day of December, 2015.

                                                BY THE COURT:

                                                _____
                                                RAYMOND P. MOORE
                                                United States District Judge